# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Amir Abu-Halaibah, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Unit Drilling Company, | ) Case No. 4:15-cv-142 |
| Defendant. | ) |

On April 20, 2017, the parties filed a "Stipulation of Dismissal." The court **ADOPTS** the stipulation (Docket No. 18) and **DISMISSES** the above-entitled action with prejudice and without costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court